UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James R. Jacobson,<br><br>        Plaintiff,<br><br>    -against-<br><br>TicketMaster, LLC and Live Nation Entertainment, Inc.,<br><br>        Defendants. | 24-cv-6538 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On September 24, 2024, the parties filed a joint letter indicating that they believe consolidation with the purchaser class action is not appropriate. ECF No. 27. However, the parties believe that coordination will "best further judicial economy and the parties' interests." *Id.* As part of this coordination, the parties suggest a schedule for a motion to compel arbitration that is "substantially similar to the schedule recently approved by the Court in the related purchaser action" *Leifer v. Live Nation Entertainment, Inc. et al.*, No. 24-cv-3994, and they ask to adjourn *sine die* the initial pretrial conference. *Id.*

The parties' requests are GRANTED in part. If defendants wish to file a motion to compel arbitration, they should do so by **December 6, 2024**. Plaintiff's opposition should be filed by **January 3, 2025**, and defendants should reply by **January 10, 2025**. The initial pretrial conference currently scheduled for December 12, 2024 is adjourned *sine die*.

SO ORDERED.

Dated: September 26, 2024
   New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge