UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James R. Jacobson,<br><br>      Plaintiff,<br><br>   -against-<br><br>TicketMaster, LLC and Live Nation Entertainment, Inc.,<br><br>      Defendants. | 24-CV-6538 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The motion at Dkt. 53 is a duplicate filing of a notice of appearance. The Clerk of Court is respectfully directed to terminate the motion.

  SO ORDERED.

Dated: January 23, 2025
   New York, New York

                  _____
                  ARUN SUBRAMANIAN
                  United States District Judge