505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP

| FIRM / AFFILIATE OFFICES | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

February 9, 2026

**VIA ECF**

Hon. Arun Subramanian
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:  *Jacobson v. Live Nation Entertainment, Inc.*, No. 1:24-cv-06538 (AS) – Letter Motion to Preliminarily Redact/Seal Certain Material in Connection with Defendants' Response to Plaintiff's Supplemental Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings

Dear Judge Subramanian:

We represent Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (together, "Defendants") in the above-referenced matter.  Pursuant to ¶¶ 11(B) and 11(C)(i)-(iii) of this Court's Individual Practices in Civil Cases, Defendants respectfully submit this letter motion to request permission to preliminarily (1) file in redacted form Defendants' response to Plaintiff's supplemental opposition to Defendants' motion to compel arbitration and stay proceedings (the "response brief"), and (2) file under seal one exhibit attached to an attorney declaration in support of Defendants' response brief.

Defendants' response brief quotes, cites, and otherwise references discovery materials produced by non-party New Era ADR ("New Era") that were designated as "Confidential" pursuant to the Stipulated Protective Order entered by the Court (ECF No. 79) and which New Era has moved to seal where cited in Plaintiff's supplemental opposition (*see* ECF No. 88).  In support of the response brief, Defendants are also submitting as Exhibit A to the Declaration of Alicia R. Jovais ("Jovais Declaration") a copy of one additional document produced and designated "Confidential" by New Era.  Defendants have conferred with counsel for New Era regarding the need to seal this document, and counsel for New Era has indicated that the document should be filed under seal and that New Era will file a letter-motion within three business days explaining the need to seal or redact any such information, pursuant to the Court's Individual Practices in Civil Cases ¶ 11(C)(i).

Accordingly, Defendants respectfully request permission to preliminarily redact and file under seal references to these confidential discovery materials.  Defendants are therefore concurrently filing (1) a sealed version of the response brief with proposed redactions highlighted;

**LATHAM&WATKINS**LLP

(2) a public version of the response brief with proposed redactions applied; and (3) a sealed version of the Jovais Declaration and Exhibit A.

Dated:  February 9, 2026

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 92.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 3, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Timothy L. O'Mara
Timothy L. O'Mara (admitted *pro hac vice*)
  *Lead Trial Counsel*
Alicia R. Jovais (admitted *pro hac vice*)
Samuel R. Jeffrey (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
tim.o'mara@lw.com
alicia.jovais@lw.com
sam.jeffrey@lw.com

Anna M. Rathbun (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201
anna.rathbun@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

cc:     All Counsel of Record (via ECF)