UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES R. JACOBSON, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,

Defendants.

24-CV-6538 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Jacobson's motion for reconsideration, Dkt. 113, fails to identify any "controlling decisions or [facts] that the court overlooked." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). So that motion is DENIED.

SO ORDERED.

Dated: October 6, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge